IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOUTHWEST CASINO AND HOTEL CORP., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number CIV-07-949-C ) |
| (1) DARRELL FLYINGMAN, an individual; (2) DORIS THUNDERBULL, an individual; (3) JOHN DOE NO. 1, an unknown individual; and, (4) JOHN DOE NO. 2, an unknown individual, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon consideration of the pleadings herein, the Court finds that the Defendants' Motion to Dismiss should be GRANTED. Plaintiff's case is DISMISSED WITH PREJUDICE.

DATED this 25th day of February, 2009.

ROBIN J. CAUTHRON
United States District Judge